(Not for Publication)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: : <br> : <br> EAST WEST TRADE PARTNERS, INC., : <br> : <br> Debtor. : <br> : <br> : <br> EAST WEST TRADE PARTNERS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> SOBEL WP, LLC and JEFFREY E. SOBEL,: <br> : <br> Defendants. : | Civil No. 1:06-cv-01812 (RBK) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon motion by Defendant Sobel WP, LLC and Jeffrey E. Sobel for withdrawal of reference to the United States Bankruptcy Court, pursuant to 28 U.S.C. §157(d), of the Adversary Proceeding captioned East West Trade Partners, Inc. v. Sobel WP, LLC and Jeffrey Sobel; and the Court having considered the moving papers and Plaintiff's opposition thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant's motion for withdrawal of reference is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is remanded to the Bankruptcy Court to determine whether the adversary proceeding constitutes a core or non-core proceeding.

DATE:4/23/2007                                                        s/Robert B. Kugler
                                                                                   ROBERT B. KUGLER
                                                                                   U.S. DISTRICT JUDGE